UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61534-Civ-SCOLA

LYNNE M. BALTHAZOR,

    Plaintiff,

vs.

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,

    Defendant.

_____/

**Order Of Dismissal**

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. For Dismissal With Prejudice, ECF No. 14).  The Clerk shall **close** this case.  All pending motions, if any, are **denied** as moot.

**Done and Ordered** in chambers, at Miami, Florida, on October 24, 2013.

_____
Robert N. Scola, Jr.
**United States District Judge**